IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FELICIANO FERNANDEZ,

    Petitioner,                    No. CIV S-10-0535 DAD P

    vs.

T. FELKER, Warden,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. <u>See</u> 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

        Also pending before the court is petitioner's "Motion for Shortening the Time for Doing Any Act Under the Rules" pursuant to the California Rules of Court. In his motion, petitioner appears to seek a speedy decision from this court on his recently-filed habeas corpus

petition. The court will deny petitioner's motion. First, petitioner is advised that the California Rules of Court do not apply in federal court. This action is governed by the Rules Governing Section 2254 Cases in the United States District Courts. In addition, petitioner is advised that thousands of habeas corpus petitions have been filed by California prisoners with the United States District Court for the Eastern District of California seeking habeas corpus relief. The court works diligently to determine the merits of each case as they are submitted for decision. Petitioner is informed that as long as he complies with court orders and keeps the court informed of any change of address the court will decide his case in due course after it is submitted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis (Doc. No. 3) is granted;

2. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter;

5. The Clerk of the Court shall serve a copy of this order, a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a copy of the form regarding consent or request for reassignment on Michael Patrick Farrell, Senior Assistant Attorney General; and

/////

/////

/////

6. Petitioner's March 4, 2010 motion (Doc. No. 2) is denied.

DATED: March 9, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
fern0535.100